**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **CASE NO. 5:15-CR-50034**

**MANUEL PATRICK CAMARILLO** **DEFENDANT**

**AMENDED ORDER**[1]

On September 30, 2026, the Court held a hearing on the revocation petitions filed against Defendant Manuel Patrick Camarillo. (Docs. 62, 89). At the hearing, Mr. Camarillo admitted to thirteen violations. The Court took the revocation petitions under advisement and imposed additional conditions of supervised release.

**IT IS THEREFORE ORDERED** that, in addition to his existing supervised release obligations, Mr. Camarillo shall successfully complete a 120-day inpatient treatment program at Next Step Recovery and comply with all of the facility's programming requirements and any other conditions imposed upon its residents. All other mandatory, standard, and special conditions of supervised release remain in place.

**IT IS SO ORDERED** on this 20th day of November, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This Order is intended to amend the Court's previous Order (Doc. 94) as to the location where Mr. Camarillo shall complete an inpatient treatment program.